# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0889 |
| ) | Judge Trauger |
| THE CORNER, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon the transfer of this case to Judge Trauger, it is hereby **ORDERED** that the reference to the Magistrate Judge is **WITHDRAWN**.

It is so **ORDERED**.

ENTER this 19th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge